**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

NOVO NORDISK INC.,

       Plaintiff,

    v.                             Case No. 3:25-cv-2061-E

LINK PHARMACY LLC,

       Defendant.

**CERTIFICATE OF
INTERESTED PERSONS/DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3.1(c) and 3.2(e), Novo Nordisk Inc. ("NNI") provides the following information:

1.     NNI, a privately held corporation, is incorporated under the laws of Delaware and maintains its principal place of business in New Jersey.

2.     Novo Nordisk is wholly owned by Novo Nordisk US Commercial Holdings, Inc., a privately held corporation wholly owned by Novo Nordisk US Holdings Inc., a privately held corporation wholly owned by Novo Nordisk A/S ("NNAS"), a publicly traded corporation headquartered in Bagsværd, Denmark.  No publicly held corporation owns 10% or more of NNAS's stock.

3.     In addition to the corporate entities identified above, defendant Link Pharmacy LLC and its sole member, David E. Lindsey, are financially interested in the outcome of this case.

1

Dated: August 4, 2025

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By:  */s/ Trevor Carolan*
　　　Trevor Carolan
　　　Texas Bar No. 24128898
　　　5850 Granite Parkway, Suite 900
　　　Plano, Texas 75024
　　　Telephone: (972) 616-1700
　　　Fax: (972) 616-1701
　　　trevor.carolan@bowmanandbrooke.com

Randall L. Christian
Texas Bar No. 00783826
Jonathan L. Smith
Texas Bar No. 24088436
**BOWMAN AND BROOKE LLP**
2901 Via Fortuna Drive, Suite 500
Austin, TX 78746
Telephone: (512) 874-3800
Facsimile: (512) 874-3801
Randall.Christian@bowmanandbrooke.com
Jonathan.Smith@bowmanandbrooke.com

and

Michael X. Imbroscio
(*pro hac vice application forthcoming*)
Amee Frodle
(*pro hac vice application forthcoming*)
Garrett Cunningham
(*pro hac vice application forthcoming*)
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
mimbroscio@cov.com
afrodle@cov.com
gcunningham@cov.com

Kurt Calia
(*pro hac vice application forthcoming*)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
kcalia@cov.com

***Attorneys for Plaintiff***
***NOVO NORDISK INC.***


### CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2025, I caused the foregoing document to be filed with the Clerk of the Court of the United States District Court for the Northern District of Texas using the Court's CM/ECF system.

/s/ *Randall L. Christian*
Attorney for Novo Nordisk Inc.

3