# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Novo Nordisk Inc.,
Plaintiff

v.

3:25-cv-2061
Civil Action No.

Link Pharmacy LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Link Pharmacy LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

David E. Lindsey

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

David E. Lindsey, LT Pharmacy Buyer LLC dba Link Pharmacy, LT Pharmacy Holdco 2 LLC, LT Pharmacy Holdco 1 LLC, and OpenLoop Health, Inc.

| | |
|---|---|
| Date: | October 30, 2025 |
| Signature: | /s/ Jeffrey M. Tillotson |
| Print Name: | Jeffrey M. Tillotson |
| Bar Number: | 20039200 |
| Address: | 1201 Main Street, Suite 1300 |
| City, State, Zip: | Dallas, Texas 75202 |
| Telephone: | (214) 382-3041 |
| Fax: | (214) 292-6564 |
| E-Mail: | jtillotson@tillotsonlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.