# EXHIBIT D

**Nesbitt, Amica**

**From:** Frodle, Amee <AFrodle@cov.com>
**Sent:** Friday, May 15, 2026 2:41 PM
**To:** McClure Roberts, Shannon; Calia, Kurt
**Cc:** Pontikes, Rachael; Leon Carter; Linda Stahl; Nesbitt, Amica; NovoCOMP
**Subject:** Re: Novo v. Link: Novo's Responses and Objections to Defendant's First Set of Discovery Requests

Shannon,

Novo's plans have not changed. We intend to continue with discovery and look forward to your positions on the long-outstanding discovery issues by end of day today. Absent that, we intend to seek leave of the court.

To the extent you are wondering whether Novo intends to seek to amend the case caption to name the LT Pharmacy Buyer LLC as a party, we are currently reviewing options. However, we do not view that as being an impediment to moving forward with discovery, particularly since Link Pharmacy has been engaging in some discovery thus far under the current caption.

Thank you,
Amee